**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: PETERSON, JOHN J. § | Case No. 15-82520 |
| PETERSON, STACY L. § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 07, 2015. The undersigned trustee was appointed on February 17, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          7,094.60

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 1,500.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 5,564.60 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/27/2016 and the deadline for filing governmental claims was 05/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,309.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,309.46, for a total compensation of $1,309.46.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3.51, for total expenses of $3.51.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2016            By: /s/MEGAN G. HEEG
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82520  
**Case Name:** PETERSON, JOHN J.  
PETERSON, STACY L.  
**Period Ending:** 06/27/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/07/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 05/27/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence located at 104 3rd Stree   Imported from original petition Doc# 1 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash from wages   Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at RIA Credit Union, Savanna, I   Imported from original petition Doc# 1 | 750.00 | 200.00 | | 0.00 | FA |
| 4 | Savings account at RIA Credit Union, Savanna, IL   Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture, furnishings, appliances and misc. oth   Imported from original petition Doc# 1 | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Books, pictures, dvds, music cds and misc. other   Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's clothing   Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Rings, watches and misc. other items   Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. sporting goods and recreational items   Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Term life policy   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401k   Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 12 | Mineral rights in Texas (valued less than $5000)   Imported from original petition Doc# 1 | 5,000.00 | 1,000.00 | | 0.00 | FA |
| 13 | 2002 Chevy Trail Blazer vehicle   Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 GMC Yukon   Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15 | Misc. household implements and tools   Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 16 | lawn mower and misc. lawn equipment   Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82520  
**Case Name:** PETERSON, JOHN J.  
PETERSON, STACY L.  
**Period Ending:** 06/27/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/07/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 05/27/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 2015 federal and state tax refunds (prorata) (u) per amended tax return | 8,024.00 | 5,594.00 | | 7,094.60 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$98,824.00** | **$9,894.00** | | **$7,094.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2016        **Current Projected Date Of Final Report (TFR):**     June 3, 2016  (Actual)

Printed: 06/27/2016 01:48 PM     V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 15-82520 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | PETERSON, JOHN J. | | **Bank Name:** | Rabobank, N.A. |
| | PETERSON, STACY L. | | **Account:** | ******0066 - Checking Account |
| **Taxpayer ID #:** | **-***8458 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/27/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/02/16 | {17} | John Peterson | tax refunds | 1224-000 | 6,715.36 | | 6,715.36 |
| 03/30/16 | {17} | John Peterson | 2015 state income tax refund | 1224-000 | 379.24 | | 7,094.60 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,084.60 |
| 04/28/16 | | To Account #******0067 | | 9999-000 | | 1,500.00 | 5,584.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,574.60 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,564.60 |
| | | | **ACCOUNT TOTALS** | | 7,094.60 | 1,530.00 | **$5,564.60** |
| | | | Less: Bank Transfers | | 0.00 | 1,500.00 | |
| | | | **Subtotal** | | 7,094.60 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,094.60** | **$30.00** | |

{} Asset reference(s)  Printed: 06/27/2016 01:48 PM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-82520 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | PETERSON, JOHN J. | | **Bank Name:** | Rabobank, N.A. |
| | PETERSON, STACY L. | | **Account:** | ******0067 - Checking Account |
| **Taxpayer ID #:** | **-***8458 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 06/27/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/16 | | From Account #******0066 | | 9999-000 | 1,500.00 | | 1,500.00 |
| 06/02/16 | 101 | John J. and Stacy L. Peterson | debtors' exempt portion per court order dated 5/25/16 | 8100-002 | | 1,500.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,500.00** | **1,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 1,500.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **1,500.00** | |
| | | | Less: Payments to Debtors | | | 1,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0066** | **7,094.60** | **30.00** | **5,564.60** |
| **Checking # ******0067** | **0.00** | **0.00** | **0.00** |
| | **$7,094.60** | **$30.00** | **$5,564.60** |

{} Asset reference(s)

Printed: 06/27/2016 01:48 PM    V.13.28

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 15-82520   PETERSON, JOHN J.

**Case Balance:** $5,564.60   **Total Proposed Payment:** $5,564.60   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | RIA Federal Credit Union | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,564.60 |
| NOTFILED | RIA Federal Credit Union | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,564.60 |
| NOTFILED | TL Auto | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,564.60 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 108.44 | 108.44 | 0.00 | 108.44 | 108.44 | 5,456.16 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,100.00 | 1,100.00 | 0.00 | 1,100.00 | 1,100.00 | 4,356.16 |
|  | MEGAN G. HEEG <2200-00 Trustee Expenses> | Admin Ch. 7 | 3.51 | 3.51 | 0.00 | 3.51 | 3.51 | 4,352.65 |
|  | MEGAN G. HEEG <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,309.46 | 1,309.46 | 0.00 | 1,309.46 | 1,309.46 | 3,043.19 |
| 1 | Medical Assoc of Clinton | Unsecured | 80.50 | 80.50 | 0.00 | 80.50 | 10.12 | 3,033.07 |
| 2 | Advanced Radiology | Unsecured | 251.28 | 251.28 | 0.00 | 251.28 | 31.60 | 3,001.47 |
| 3 | Jo-Carroll Energy | Unsecured | 682.04 | 682.04 | 0.00 | 682.04 | 85.77 | 2,915.70 |
| 4 | American Honda Finance Corporation | Unsecured | 1,181.29 | 1,181.29 | 0.00 | 1,181.29 | 148.55 | 2,767.15 |
| 5 | Toyota Motor Credit Corporation | Unsecured | 10,310.01 | 10,310.01 | 0.00 | 10,310.01 | 1,296.52 | 1,470.63 |
| 6 | Midland Funding LLC | Unsecured | 928.16 | 928.16 | 0.00 | 928.16 | 116.72 | 1,353.91 |
| 7 | Ameren Illinois | Unsecured | 383.10 | 383.10 | 0.00 | 383.10 | 48.18 | 1,305.73 |
| 8 | RRCA Account Management | Unsecured | 1,041.42 | 1,041.42 | 0.00 | 1,041.42 | 130.96 | 1,174.77 |
| 9 | OSF SAINT ELIZABETH MEDICAL CENTER | Unsecured | 4,675.88 | 4,675.88 | 0.00 | 4,675.88 | 588.01 | 586.76 |
| 10 | MERCY SPECIALTY PHYSICIANS | Unsecured | 300.20 | 300.20 | 0.00 | 300.20 | 37.75 | 549.01 |
| 11 | MERCY MEDICAL CENTER | Unsecured | 3,867.79 | 3,867.79 | 0.00 | 3,867.79 | 486.39 | 62.62 |
| 12 | nicor gas | Unsecured | 497.98 | 497.98 | 0.00 | 497.98 | 62.62 | 0.00 |
| NOTFILED | AAI Collection | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Aqua Solutions by Culligan | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arnold Scott and Harris | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arturo Tomas MD | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 15-82520   PETERSON, JOHN J.

**Case Balance:** $5,564.60     **Total Proposed Payment:** $5,564.60     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Atlantic Credit & Finance, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker and Moore | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CBNA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Collection Professionals | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Creditors Discount and Audit | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Department of Human Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Early Intervention | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eye Surgeons Associates | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Finley Hospital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Freeport Health Network Central Business Office | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | General Service Bureau | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | H&R Accounts, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Home Depot Credit Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Home Depot Credit Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Eye Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Illinois Tollway | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | J.C. Christensen & Assoc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case:  15-82520   PETERSON, JOHN J.

| **Case Balance:** | $5,564.60 | **Total Proposed Payment:** | $5,564.60 | | **Remaining Balance:** | $0.00 | |
|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Johnson Mitchell and Schneider | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Law Office of Tim Munson | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lowe's Monogram Credit Card Bank Georgia | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mediacom | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Medical Associates, PLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mercy Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mercy Specialty Clinic | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Midland Funding | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Monarch Recovery Management | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Morrison Community Hospital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NCC Business Services, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NCO Financial Systems | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nicor Gas | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OSF Medical Group | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OSF Medical Group | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ottawa Regional Medical Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Quad Corporation | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sears | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case: 15-82520   PETERSON, JOHN J.

| **Case Balance:** | $5,564.60 | **Total Proposed Payment:** | $5,564.60 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILED | Sojourn House, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stoneleigh Recovery Associates | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Synchrony Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TH Professional Collection | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota Finance Company Bankruptcy Dept. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Toyota Financial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tri-State Adjustments | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | UnityPoint Health | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Viking Client Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Womens Health Care Partners | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 15-82520 :** | | **$26,721.06** | **$26,721.06** | **$0.00** | **$26,721.06** | **$5,564.60** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $2,521.41 | $2,521.41 | $0.00 | $2,521.41 | 100.000000% |
| **Total Secured Claims :** | $0.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $24,199.65 | $24,199.65 | $0.00 | $3,043.19 | 12.575347% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                         Exhibit D

Case No.: 15-82520
Case Name: PETERSON, JOHN J.
Trustee Name: MEGAN G. HEEG

**Balance on hand:**                            $    5,564.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:                         $    5,564.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,309.46 | 0.00 | 1,309.46 |
| Trustee, Expenses - MEGAN G. HEEG | 3.51 | 0.00 | 3.51 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,100.00 | 0.00 | 1,100.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 108.44 | 0.00 | 108.44 |

Total to be paid for chapter 7 administration expenses:    $    2,521.41
Remaining balance:                                          $    3,043.19

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:                                              $    3,043.19

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,043.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,199.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medical Assoc of Clinton | 80.50 | 0.00 | 10.12 |
| 2 | Advanced Radiology | 251.28 | 0.00 | 31.60 |
| 3 | Jo-Carroll Energy | 682.04 | 0.00 | 85.77 |
| 4 | American Honda Finance Corporation | 1,181.29 | 0.00 | 148.55 |
| 5 | Toyota Motor Credit Corporation | 10,310.01 | 0.00 | 1,296.52 |
| 6 | Midland Funding LLC | 928.16 | 0.00 | 116.72 |
| 7 | Ameren Illinois | 383.10 | 0.00 | 48.18 |
| 8 | RRCA Account Management | 1,041.42 | 0.00 | 130.96 |
| 9 | OSF SAINT ELIZABETH MEDICAL CENTER | 4,675.88 | 0.00 | 588.01 |
| 10 | MERCY SPECIALTY PHYSICIANS | 300.20 | 0.00 | 37.75 |
| 11 | MERCY MEDICAL CENTER | 3,867.79 | 0.00 | 486.39 |
| 12 | nicor gas | 497.98 | 0.00 | 62.62 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,043.19 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**