UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| JOHN J. PETERSON and | ) | No. 15-82520 |
| STACY L. PETERSON, | ) | |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on June 28, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

John J. Peterson
104 Third Street
Savanna, IL 61074

Stacy Peterson
104 Third Street
Savanna, IL 61074

Nicor Gas
P.O. Box 549
Aurora, IL 60507

VIA ECF FILING
Mark Zaleski, Esq.
10 N. Galena Avenue
Freeport, IL 61032

Ameren Illinois
Credit and Collections
2105 E. State Route 104
Pawnee, IL 62558

Mercy Specialty Physicians
c/o H&R Accounts, Inc.
Box 672
Moline, IL 61265

RRCA Account Management
201 E. Third St.
Sterling, IL 61081

Medical Assoc of Clinton
c/o Quad Corporation
2322 E. Kimberly Rd. Ste 215W
Davenport, IA 52807

OSF Saint Elizabeth Medical Center
c/o H and R. Accounts, Inc.
Box 672
Moline, IL 61265

Advanced Radiology
c/o Quad Corp
2322 E. Kimberly Rd. Ste 215W
Davenport, IA 52807

American Honda Finance Corp.
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Jo-Carroll Energy
Box 390
Elizabeth, IL 61028-0390

Toyota Motor Credit Corp.
c/o Becket and Lee, LLP
Box 3001
Malvern, PA 19355-0701

Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\160123\PLED\NFR notice1043.docx