**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re:  PETERSON, JOHN J. | § Case No. 15-82520 |
|          PETERSON, STACY L. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $90,800.00                   Assets Exempt: $23,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,043.19     Claims Discharged
                                               Without Payment: $40,326.46

Total Expenses of Administration: $2,551.41

---

3) Total gross receipts of $ 7,094.60  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,500.00  (see **Exhibit 2**), yielded net receipts of $5,594.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $67,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,551.41 | 2,551.41 | 2,551.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,550.00 | 24,199.65 | 24,199.65 | 3,043.19 |
| **TOTAL DISBURSEMENTS** | $91,550.00 | $26,751.06 | $26,751.06 | $5,594.60 |

4) This case was originally filed under Chapter 7 on October 07, 2015. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/06/2016          By:  /s/MEGAN G. HEEG
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 federal and state tax refunds (prorata) | 1224-000 | 7,094.60 |
| **TOTAL GROSS RECEIPTS** | | **$7,094.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John J. and Stacy L. Peterson | debtors' exempt portion per court order dated 5/25/16 | 8100-002 | 1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | TL Auto | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RIA Federal Credit Union | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RIA Federal Credit Union | 4110-000 | 61,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$67,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,309.46 | 1,309.46 | 1,309.46 |
| MEGAN G. HEEG | 2200-000 | N/A | 3.51 | 3.51 | 3.51 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 108.44 | 108.44 | 108.44 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,551.41** | **$2,551.41** | **$2,551.41** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Medical Assoc of Clinton | 7100-000 | N/A | 80.50 | 80.50 | 10.12 |
| 2 | Advanced Radiology | 7100-000 | 100.00 | 251.28 | 251.28 | 31.60 |
| 3 | Jo-Carroll Energy | 7100-000 | 600.00 | 682.04 | 682.04 | 85.77 |
| 4 | American Honda Finance Corporation | 7100-000 | 1,200.00 | 1,181.29 | 1,181.29 | 148.55 |
| 5 | Toyota Motor Credit Corporation | 7100-000 | N/A | 10,310.01 | 10,310.01 | 1,296.52 |
| 6 | Midland Funding LLC | 7100-000 | 1,800.00 | 928.16 | 928.16 | 116.72 |
| 7 | Ameren Illinois | 7100-000 | 380.00 | 383.10 | 383.10 | 48.18 |
| 8 | RRCA Account Management | 7100-000 | 800.00 | 1,041.42 | 1,041.42 | 130.96 |
| 9 | OSF SAINT ELIZABETH MEDICAL CENTER | 7100-000 | N/A | 4,675.88 | 4,675.88 | 588.01 |
| 10 | MERCY SPECIALTY PHYSICIANS | 7100-000 | N/A | 300.20 | 300.20 | 37.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MERCY MEDICAL CENTER | 7100-000 | N/A | 3,867.79 | 3,867.79 | 486.39 |
| 12 | nicor gas | 7100-000 | 500.00 | 497.98 | 497.98 | 62.62 |
| NOTFILED | Mercy Specialty Clinic | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Hospital | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | NCC Business Services, Inc | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Johnson Mitchell and Schneider | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Adjustments | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Lowe's Monogram Credit Card Bank Georgia | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Monarch Recovery Management | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medical Associates, PLC | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blatt, Hasenmiller, Leibsker and Moore | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Toyota Finance Company Bankruptcy Dept. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | UnityPoint Health | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of Tim Munson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Womens Health Care Partners | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED | TH Professional Collection | 7100-000 | 920.00 | N/A | N/A | 0.00 |
| NOTFILED | Sojourn House, Inc. | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | H&R Accounts, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Creditors Discount and Audit | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arnold Scott and Harris | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Ottawa Regional Medical Center | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corporation | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Group | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AAI Collection | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Aqua Solutions by Culligan | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Stoneleigh Recovery Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arturo Tomas MD | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Atlantic Credit & Finance, Inc. | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | General Service Bureau | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Finley Hospital | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network Central Business Office | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | J.C. Christensen & Assoc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Eye Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Eye Surgeons Associates | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Human Services | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Early Intervention | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | CBNA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blitt and Gaines P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collection Professionals | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Viking Client Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,550.00 | $24,199.65 | $24,199.65 | $3,043.19 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82520  
**Case Name:** PETERSON, JOHN J.  
PETERSON, STACY L.  
**Period Ending:** 09/06/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/07/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 05/27/16

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Single family residence located at 104 3rd Stree  Imported from original petition Doc# 1 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash from wages  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3  Checking account at RIA Credit Union, Savanna, I  Imported from original petition Doc# 1 | 750.00 | 200.00 | | 0.00 | FA |
| 4  Savings account at RIA Credit Union, Savanna, IL  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Furniture, furnishings, appliances and misc. oth  Imported from original petition Doc# 1 | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 6  Books, pictures, dvds, music cds and misc. other  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Debtor's clothing  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Rings, watches and misc. other items  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9  Misc. sporting goods and recreational items  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 10  Term life policy  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  401k  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 12  Mineral rights in Texas (valued less than $5000)  Imported from original petition Doc# 1 | 5,000.00 | 1,000.00 | | 0.00 | FA |
| 13  2002 Chevy Trail Blazer vehicle  Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 14  2000 GMC Yukon  Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 15  Misc. household implements and tools  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 16  lawn mower and misc. lawn equipment  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-82520  
**Case Name:** PETERSON, JOHN J.  
PETERSON, STACY L.  
**Period Ending:** 09/06/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/07/15 (f)  
**§341(a) Meeting Date:** 11/12/15  
**Claims Bar Date:** 05/27/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 17 | 2015 federal and state tax refunds (prorata) (u) per amended tax return | 8,024.00 | 5,594.00 | | 7,094.60 | FA |
| 17 Assets Totals (Excluding unknown values) | **$98,824.00** | **$9,894.00** | | **$7,094.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 30, 2016    **Current Projected Date Of Final Report (TFR):** June 3, 2016 (Actual)

Printed: 09/06/2016 08:45 AM    V.13.28

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-82520  
**Case Name:** PETERSON, JOHN J.  
PETERSON, STACY L.  
**Taxpayer ID #:** **-***8458  
**Period Ending:** 09/06/16

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/16 | {17} | John Peterson | tax refunds | 1224-000 | 6,715.36 | | 6,715.36 |
| 03/30/16 | {17} | John Peterson | 2015 state income tax refund | 1224-000 | 379.24 | | 7,094.60 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,084.60 |
| 04/28/16 | | To Account #******0067 | | 9999-000 | | 1,500.00 | 5,584.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,574.60 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,564.60 |
| 07/21/16 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,100.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,100.00 | 4,464.60 |
| 07/21/16 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $108.44, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 108.44 | 4,356.16 |
| 07/21/16 | 103 | Medical Assoc of Clinton | Dividend paid 12.57% on $80.50; Claim# 1; Filed: $80.50; Reference: | 7100-000 | | 10.12 | 4,346.04 |
| 07/21/16 | 104 | Advanced Radiology | Dividend paid 12.57% on $251.28; Claim# 2; Filed: $251.28; Reference: | 7100-000 | | 31.60 | 4,314.44 |
| 07/21/16 | 105 | Jo-Carroll Energy | Dividend paid 12.57% on $682.04; Claim# 3; Filed: $682.04; Reference: | 7100-000 | | 85.77 | 4,228.67 |
| 07/21/16 | 106 | American Honda Finance Corporation | Dividend paid 12.57% on $1,181.29; Claim# 4; Filed: $1,181.29; Reference: | 7100-000 | | 148.55 | 4,080.12 |
| 07/21/16 | 107 | Toyota Motor Credit Corporation | Dividend paid 12.57% on $10,310.01; Claim# 5; Filed: $10,310.01; Reference: | 7100-000 | | 1,296.52 | 2,783.60 |
| 07/21/16 | 108 | Midland Funding LLC | Dividend paid 12.57% on $928.16; Claim# 6; Filed: $928.16; Reference: | 7100-000 | | 116.72 | 2,666.88 |
| 07/21/16 | 109 | Ameren Illinois | Dividend paid 12.57% on $383.10; Claim# 7; Filed: $383.10; Reference: | 7100-000 | | 48.18 | 2,618.70 |
| 07/21/16 | 110 | RRCA Account Management | Dividend paid 12.57% on $1,041.42; Claim# 8; Filed: $1,041.42; Reference: | 7100-000 | | 130.96 | 2,487.74 |
| 07/21/16 | 111 | OSF SAINT ELIZABETH MEDICAL CENTER | Dividend paid 12.57% on $4,675.88; Claim# 9; Filed: $4,675.88; Reference: | 7100-000 | | 588.01 | 1,899.73 |
| 07/21/16 | 112 | MERCY SPECIALTY PHYSICIANS | Dividend paid 12.57% on $300.20; Claim# 10; Filed: $300.20; Reference: | 7100-000 | | 37.75 | 1,861.98 |
| 07/21/16 | 113 | MERCY MEDICAL CENTER | Dividend paid 12.57% on $3,867.79; Claim# 11; Filed: $3,867.79; Reference: | 7100-000 | | 486.39 | 1,375.59 |
| 07/21/16 | 114 | nicor gas | Dividend paid 12.57% on $497.98; Claim# 12; Filed: $497.98; Reference: | 7100-000 | | 62.62 | 1,312.97 |
| 07/21/16 | 115 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,312.97 | 0.00 |

Subtotals :   $7,094.60   $7,094.60

{} Asset reference(s)

Printed: 09/06/2016 08:45 AM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 15-82520 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | PETERSON, JOHN J. | | Bank Name: | Rabobank, N.A. |
| | PETERSON, STACY L. | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***8458 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/06/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 1,309.46 on $1,309.46; Claim# ; Filed: $1,309.46 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 3.51 on $3.51; Claim# ; Filed: $3.51 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 7,094.60 | 7,094.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,500.00 | |
| | | | Subtotal | | 7,094.60 | 5,594.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,094.60 | $5,594.60 | |

{} Asset reference(s)  Printed: 09/06/2016 08:45 AM   V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 15-82520 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | PETERSON, JOHN J. | | Bank Name: | Rabobank, N.A. |
| | PETERSON, STACY L. | | Account: | ******0067 - Checking Account |
| Taxpayer ID #: | **-***8458 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 09/06/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/16 | | From Account #******0066 | | 9999-000 | 1,500.00 | | 1,500.00 |
| 06/02/16 | 101 | John J. and Stacy L. Peterson | debtors' exempt portion per court order dated 5/25/16 | 8100-002 | | 1,500.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,500.00 | 1,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,500.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,500.00 | |
| | | | Less: Payments to Debtors | | | 1,500.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******0066** | **7,094.60** | **5,594.60** | **0.00** |
| **Checking # ******0067** | **0.00** | **0.00** | **0.00** |
| | **$7,094.60** | **$5,594.60** | **$0.00** |

{} Asset reference(s)    Printed: 09/06/2016 08:45 AM    V.13.28